973 So.2d 756 (2008)
Robert Thomas MCGREGOR and Ruth McGregor, Individually and on Behalf of Her Deceased Husband, Donald H. McGregor
v.
HOSPICE CARE OF LOUISIANA IN BATON ROUGE, L.L.C., Hospice Care of Louisiana, Inc., the Hospice Foundation of Greater Baton Rouge, d/b/a Hospice of Baton Rouge, Dr. Gerald Miletello, Dr. Georgia Reine, Cynthia Logan, Melanie Hyatt, Kathryn Braud.
No. 2007-CC-2242.
Supreme Court of Louisiana.
January 25, 2008.
Denied.